IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN



| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 20 CR 020 JDP |
| DANIEL PEGGS, | 18 U.S.C. § 1591(a)(1), (b)(2), & (c) |
| Defendant. | 18 U.S.C. § 2251 |

THE GRAND JURY CHARGES:

COUNT 1

From in or about October 2015, through on or about May 20, 2016, in the Western District of Wisconsin and elsewhere, the defendant,

DANIEL PEGGS,

knowingly recruited, enticed, harbored, transported, and maintained by any means "Jane Doe 1," in and affecting interstate commerce, knowing and in reckless disregard of the fact, and having a reasonable opportunity to observe "Jane Doe 1," that "Jane Doe 1" had not attained the age of 18 years, and would be caused to engage in a commercial sex act.

(In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), & (c)).

COUNT 2

In or about December 2015, in the Western District of Wisconsin, the defendant,

DANIEL PEGGS,

knowingly and intentionally used a minor, "Jane Doe 1," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce. Specifically, PEGGS used an iPhone to produce a visual depiction, a video with the file name "IMG_5299.MOV," of "Jane Doe 1" engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a)).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 02/12/2020

SCOTT C. BLADER
United States Attorney