JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

20 CR 020 JDP

SEALED

**Place of Offense:**
- City: Altoona
- County/Parrish: Barron County

**Related Case Information:**
- Superseding: ___
- Docket Number: ___
- Same Defendant: ___
- New Defendant: ___
- Magistrate Judge Case Number: 19-mj-123, 124, 126, 127, 128
- Search Warrant Case Number: 20-mj-004
- R 20 / R40 from District of: ___

**Defendant information:**
- Matter to be Sealed: ✓ Yes   ___ No
- Def. Name: Daniel Peggs
- Alias Name:
- City/State: Altoona, WI
- Year of Birth: 1987
- Last 4 digits of SSN: 4670
- Sex: Male
- Race: White

**U.S. Attorney Information:**
- JULIE S. PFLUGER   Bar #:
- Interpreter: ✓ No   ___ Yes
- List language and/or dialect:

**Location Status:**
- Arrest Date: ___
- ___ Already in Federal Custody as of: ___ in ___
- ___ Already in State Custody
- ___ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 2   ___ Petty   ___ Misdemeanor   ✓ Felony
- ___ Class A
- ___ Class B
- ___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18USC1591(a)(1)(b)(2)(c) | Sex Trafficking | 1 |
| Set 2 | 18 USC 2251(a) | Production of Child Pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: ___   Signature /s/   JULIE S. PFLUGER

Filed stamp: 2020 FEB 12 PM 1:56 PETER OPPENEER CLERK US DIST COURT WD OF WI