# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 2/20/2020   DAY: Thursday   START TIME: 1:38 PM   END TIME: 1:46 PM
JUDGE/MAG.: S. Crocker   CLERK: K. Frederickson   REPORTER: FTR
PROBATION OFFICER: A. Barczak   INTERPRETER: ___   SWORN: YES ☐ NO ☐
CASE NUMBER: 20-cr-20-jdp   CASE NAME: USA v. Daniel Peggs

**APPEARANCES:**
ASST. U.S. ATTY.: Julie Pfluger   DEFENDANT ATTY.: Joseph Bugni

DEFENDANT PRESENT: YES ☒   NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) 1-2 ; Life YR(S) IMPRISONMENT; $ 250,000 FINE;
Life YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.
DEFENDANT AGE: ___   ☐ INDICTMENT/INFORMATION READ   ☒ DEFENDANT WAIVES READING

**PLEA:**
- ☐ GUILTY
- ☒ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE

- ☐ DEFENDANT SWORN
- ☐ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☐ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: ___   TRIAL ESTIMATE: ___ DAYS
PTMH/EVID. HRG.: ___   MOTIONS DUE: ___
FPTC: ___   FPTC SUBMISSIONS: ___
FINAL HEARING: ___

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: ___   OBJECTIONS DUE: ___
SENTENCING: ___ at ___

**RELEASE/DETENTION:**
- ☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☒ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: 2/24/2020 at 1:00 PM

**NOTES:**
Trial schedule to be set at the hearing on release or detention

TOTAL COURT TIME: ___