

**U.S. Department of Justice**

**United States Attorney**
**Western District of Wisconsin**

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

March 30, 2021

<u>SENT VIA USAfx</u>

Joseph A. Bugni
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703

Re:   *United States of America v. Daniel Peggs*
       Case No:  20-cr-00020-jdp

Dear Attorney Bugni:

    Additional discovery in this case along with an Excel spreadsheet containing a log of the discovery and a document labeled "!README Using the Discovery Log.pdf, which explains how the discovery is organized and how to use the excel discovery log, is being provided to you today via our USA File Exchange (USAfx) file sharing platform.  The Bates labeling ranges from PEGGS_169360 to PEGGS_171329.

    Additionally, if you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

    Very truly yours,

    TIMOTHY M. O'SHEA
    Acting United States Attorney

    By:    /s/
    JULIE S. PFLUGER
    Assistant United States Attorney