

**U.S. Department of Justice**

**United States Attorney**
**Western District of Wisconsin**

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

May 5, 2021

<u>SENT VIA USAfx</u>

Joseph A. Bugni
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703

    Re:    *United States of America v. Daniel Peggs*
             Case No: 20-cr-00020-jdp

Dear Attorney Bugni:

    Additional discovery in this case along with an Excel spreadsheet containing a log of the discovery and a document labeled "!README Using the Discovery Log.pdf, which explains how the discovery is organized and how to use the excel discovery log, is being provided to you today via our USA File Exchange (USAfx) file sharing platform. The Bates labeling for this discovery ranges from PEGGS_171330 to PEGGS_171588, which is subject to the non-disclosure agreement you signed and returned to me on May 4, 2021.

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

                           Very truly yours,

                           TIMOTHY M. O'SHEA
                         Acting United States Attorney

                   By:      /s/
                         JULIE S. PFLUGER
                         Assistant United States Attorney