

**U.S. Department of Justice**

**United States Attorney**
**Western District of Wisconsin**

Telephone 608/264-5158
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

*Address:*
222 W. Washington Avenue
Suite 700
Madison, Wisconsin 53703

June 1, 2021

Honorable Stephen L. Crocker
United States District Court
120 North Henry Street
Madison, WI  53703

     Re:    *United States v. Daniel Peggs*
              Case No.  20-cr-00020-jdp

Dear Judge Crocker:

     The government respectfully requests that the telephonic status conference set for July 1, 2021, be moved to sometime between July 7 and July 10, 2021. (Dkt. 47)  The lead counsel on this case will be out of the office from June 29 to July 6, 2021.

              Very truly yours,

              TIMOTHY M. O'SHEA
              Acting United States Attorney

            By:     /s/
              JULIE S. PFLUGER
              Assistant United States Attorney

cc:  Attorney Joseph Bugni