UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

  *vs.*                                         Case No. 20-cr-20-jdp

DANIEL PEGGS,

    *Defendant*.

## MOTION TO SEAL

Daniel Peggs, by his attorney, Joseph A. Bugni, hereby moves to file the First Pretrial Motion: Motion for Bill of Particulars in the above case under seal. The reason for this request is that the document contains very sensitive information that should not be made available to the public.

Dated this 25th day of June, 2021.

                                                Respectfully submitted,
                                                Daniel Peggs, Defendant

                                                */s/ Joseph A. Bugni*
                                                Joseph A. Bugni

Federal Defender Services
 of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Joseph_bugni@fd.org