UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

   *Plaintiff,*

vs.              Case No. 20-cr-20-jdp

DANIEL PEGGS,

   *Defendant.*

**MOTION TO SEAL DOCKET 53**

Daniel Peggs, by counsel, files this motion to seal docket 53, the defense's motion to dismiss count 5.

In that motion, the defense quoted the search-warrant affidavit from the discovery. In the affidavit, Jane Doe's initials were used. The government called yesterday and requested that the filing be sealed and that the defense file a redacted version of the motion. A completely reasonable request. And thus, the defense respectfully requests that Docket 53 be sealed. Contemporaneous to this motion, the defense has filed a redacted copy of the motion.

Dated at Madison, Wisconsin, this 2nd day of July, 2021.

                                            Respectfully submitted,

                                            Daniel Peggs, Defendant

                                            */s/Joseph A. Bugni*
                                            Joseph A. Bugni

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Joseph_bugni@fd.org