JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
- City: Altoona
- County/Parrish: Barron County

**Related Case Information:**
- Superseding: ___
- Same Defendant: Yes
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: ___
- R 20 / R40 from District of: ___
- Docket Number: 20-cr-20-jdp
- New Defendant: ___

**Defendant information:**
- Matter to be Sealed: Yes ___ ✓ No
- Def. Name: Daniel Peggs
- Alias Name:
- City/State: Altoona, WI
- Year of Birth: 1987
- Last 4 digits of SSN: 4670
- Sex: Male
- Race: White

**U.S. Attorney Information:**
- JULIE S. PFLUGER
- Bar #:
- Interpreter: ✓ No ___ Yes
- List language and/or dialect:

**Location Status:**
- Arrest Date:
- ___ Already in Federal Custody as of: ___ in ___
- ___ Already in State Custody
- ✓ On Pretrial Release

**U.S.C. Citations:**
- Total # of Counts: 1
- ___ Petty
- ___ Misdemeanor (Class A / Class B / Class C)
- ✓ Felony

| Set | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC 2252(a)(4)(B) | Possession of Child Pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: 7/13/2021    Signature /s/ JULIE S. PFLUGER