IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. 20-cr-20-jdp |
| DANIEL PEGGS, | 18 U.S.C. § 2252(a)(4)(B) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about January 20, 2016, in the Western District of Wisconsin, the defendant,

DANIEL PEGGS,

knowingly possessed a visual depiction that had been shipped and transported using any means or facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct. Specifically, PEGGS possessed an image identified as "$R0D9UZQ.PNG" depicting "Known Victim 1," a minor, engaged in sexually explicit conduct, and that image had previously been transported via the internet.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B)).

7-8-2021
Date

TIMOTHY M. O'SHEA
Acting United States Attorney