TO DO                                                      11 | 3 | 21

Chief US District Judge
James D. Peterson
US District Court
120 N. Henry St. Rm 320
Madison WI 53703
Case number: 20-cr-20-jdp
USA v. Dan Pigop

Judge Peterson,
    In a book by Deborah Adele, she writes; 'Fear creates violence'. That simple yet powerful sentence resonates deeply with me when thinking about this case. A community and more importantly, a young family has been swimming in fear since February of 2020. Our community is strong and has been resilient so my words today are centered around Ashley and the four little girls that have been living in fear for almost two years.
    A father acted in a way with young women that was wrong, dirty, manipulative and complete and utter disgust. Dan, if you read this one day, what would you have done if this had happend to Arianna? To Emery? To Lylah? To Nova? You know this/you are wrong and you used your position as a trusted and respected person to prey, yes prey, on young women.
    If these four girls continue to live in fear, what will their future hold? Fear of forced FaceTime calls with someone they trusted. Fear of police coming to the door serving another set of papers. And fear of one day

TO DO

actually having to have shared custody with ~~their Dad~~, the person they once knew as their Dad. The emotional well-being of this wounded family needs to be supported with the request of a full sentence for Dan Pegg. Ten years in prison and a registered sex offender for life.

This is the least that we can do for the victims of Dan Pegg. For other young men to show them what consequences come with such disgusting behavior. And for the silent women of sexual violence. Lastly for Ashley, Arianna, Emery, Lylah & Nova.

Do the right thing,
Amy Wolfe