IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,                            ORDER

v.

                                                 Case No. 20-cr-20-jdp

DANIEL PEGGS,

                Defendant.

IT IS ORDERED that Daniel Peggs, the defendant in the above-entitled case, having been sentenced to the custody of the Bureau of Prisons, is hereby ordered to surrender to the Bureau of Prisons by reporting to FCI Sandstone, County Road 29, Sandstone, MN 55072 on January 6, 2022, between noon and 2:00 p.m.

IT IS FURTHER ORDERED that the Bureau of Prisons or its authorized representative is designated as an officer of the court for the purpose of receiving the defendant to begin commencement of the defendant's sentence.

IT IS FURTHER ORDERED that a certified copy of this order be mailed to the defendant by certified mail.

Entered this 5TH day of January, 2022.

                                                          James D. Peterson
                                                          U.S. District Judge