# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Alexander P. Vlisides
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

February 24, 2022

Honorable James D. Peterson
United States District Court Chief Judge
120 North Henry Street
Madison, Wisconsin 53703

    Re:    *United States v. Daniel Peggs*
             Case No. 20-cr-20-jdp

Dear Judge Peterson:

    The government has moved for restitution against Mr. Peggs, and the defense is requesting a one-month extension to file a response.

    Since arriving at the prison, Mr. Peggs had been in segregation. I received a letter from him this week, where he indicated he now has COVID and is still in isolation—in what is called the segregated housing unit. During this time, I have not been able to communicate with him about the government's request and our position. Some of it could be unobjectionable, other parts we may contest. However, before I set out a firm position, I will need to discuss it all with Mr. Peggs. And I have not been able to do so.

    Therefore, I would respectfully request a one-month extension in order to file a response. While this may seem like a long time, prison calls are extremely difficult to set up and since Peggs arrived and was in quarantine and now is still in quarantine, he does not have a case manager that I can set up a call with. Thus, it could be some time. I would respectfully request the response brief be due on March 24, 2020. By then, I should be able to communicate with Peggs.

FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.

Honorable James D. Peterson
February 24, 2022
Page -2-

     I reached out to AUSA Julie Pfluger for her position, but I have not heard back about whether she opposes this request.

                Sincerely,

                */s/ Joseph A. Bugni*

                Joseph A. Bugni
                Associate Federal Defender