

U.S. Department of Justice

**United States Attorney**
**Western District of Wisconsin**

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 W. Washington Avenue, Suite 700*
*Madison, Wisconsin 53703*

April 11, 2022

Honorable James D. Peterson
United States Chief District Court Judge
120 North Henry Street
Madison, WI 53703

    Re:    *United States v. Daniel Peggs*
            Case No. 20-cr-20-jdp

Dear Judge Peterson:

    The government respectfully requests a seven-day extension to file its reply brief to defendant's response to the government's motion for restitution. (Dkts 189, 182).

                                Very truly yours,

                                TIMOTHY M. O'SHEA
                                United States Attorney

                         By:      /s/
                                JULIE S. PFLUGER
                                Assistant United States Attorney

cc:  Attorney Joseph A. Bugni