IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

v.

DANIEL PEGGS,  Case No.:  20-cr-20-jdp

Defendant.

---

MOTION TO SEAL GOVERNMENT'S REPLY BRIEF TO DEFENDANT'S RESPONSE
TO GOVERNMENT'S MOTION FOR RESTITUTION

---

The United States of America, by Timothy M. O'Shea, United States Attorney for the Western District of Wisconsin, by Julie S. Pfluger, Assistant United States Attorney for said District, hereby moves this Court for an Order sealing the government's reply brief to the defendant's response to the government's motion for restitution.  The government makes this request on the grounds that its brief includes references to the victim.

Dated this 13th day of April 2022.

> Respectfully submitted,
>
> TIMOTHY M. O'SHEA
> United States Attorney
>
> By:  /s/ Julie S. Pfluger
> JULIE S. PFLUGER
> Assistant United States Attorney