| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]    ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name) CAHMSA[DA]   C. Date of Delivery 4 2022 |
| 1. Article Addressed to:<br><br>Office of Legal Affairs, Passport Services<br>U.S. Department of State<br>CA/PPT/L/LA<br>SA-17, 4th Floor<br>Washington, DC 20522-1704 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>DO NOT TOUCH AND MAIL<br>Received at SA-32 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6308 0274 4354 60 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 1810 0000 3457 8512 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053    20-cr-20-jdp | Domestic Return Receipt |

Postmark: 04/22/[22] DEPARTMENT OF [STATE]